UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TD*X ASSOCIATES, LP, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-329 |
| | § | |
| RABALAIS CONSTRUCTORS, LLC; dba | § | |
| RABALAIS I&E CONSTRUCTORS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTIONS TO EXCLUDE

Before the Court are "Defendant's Motion to Exclude Testimony [of] Plaintiff's Expert Witness, David Reiter" (D.E. 20, 22), along with Plaintiff's response (D.E. 24), and Plaintiff's "Motion to Exclude Expert Testimony of Samuel G. Sudler" (D.E. 21), along with Defendant's response (D.E. 23). After due consideration, the Court DENIES Defendant's motion (D.E. 20, 22) and DENIES Plaintiff's motion (D.E. 21). The parties' respective complaints regarding expert testimony go to the weight to be given the testimony rather than to its admissibility.

ORDERED this 27th day of August, 2018.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE